## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| JAMES A. UBOTEE, | : CASE NO. 17-10050 MDC |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| | : |
| | : |
| MOVANT | : |
| | : HEARING DATE AND TIME |
| V. | : July 20, 2017 @ 10:00 a.m. |
| | : |
| JAMES A. UBOTEE, | : |
| RESPONDENT | : RELATED TO DOCKET NO. 40 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading

Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on June 7,

2017, by:

**17-10050 MDC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.co,

Erik B. Jensen at john@erikjensenlaw.com, regina@erikjensenlaw.com, mjmecf@gmail.com,
gilberto@erikjensenlaw.com

Kevin S. Frankel at pa-bk@logs.com

Matthew Christian Waldt at mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Matteo Samuel Weiner at bkgroup@kmllawgroup.com

**17-10050 MDC Notice will not be electronically mailed to:**

Nationstar Mortgage, LLC
Aldridge Pite, LLP
4375 Jutland Dr., Suite 200
PO Box 17933
San Diego, CA  92177


EXECUTED ON:  June 12, 2017

                                          Respectfully submitted by,


                             By:    /s/ Jim Peavler
                                   Counsel
                                   PA Department of Revenue
                                   Office of Chief Counsel
                                   Dept. 281061
                                   Harrisburg, PA 17128-1061
                                   PA I.D.  320663
                                   Phone:  717-787-2747
                                   Facsimile:  717-772-1459
                                   jpeavler@pa.gov