# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10050-MDC

JAMES A UBOTEE

1756 S 60th St.

Philadelphia, PA 19142

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JAMES A UBOTEE

    1756 S 60th St.

    Philadelphia, PA 19142

**Counsel for debtor(s), by electronic notice only.**
    ERIK B JENSEN, P.C.
    1528 WALNUT ST
    SUITE 1401
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 7/10/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee