**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | |
| James A. Ubotee | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| MID FIRST BANK | : | |
| Movant | : | BANKRUPTCY NO.: 17-10050-mdc |
| | : | |
| v. | : | |
| James A. Ubotee | : | |
| Debtor(s) | : | |
| | : | |
| William C. Miller. Esq. | : | |
| Trustee | : | |
| | : | |

**DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)**

Debtor, by his attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represents that:

1.- 5.   Admitted.

6-11.   Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: August 22, 2017         Respectfully submitted,

/S/ Erik B. Jensen
Erik B. Jensen, Esq.