# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-10050-mdc** |
| **James A Ubotee** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| | : | |
| **U.S. Bank, National Association,** | : | **Date and Time of Hearing** |
| **Successor Trustee to Bank of America,** | : | **Place of Hearing** |
| **N.A. as Successor to LaSalle Bank, N.A.** | : | **September 21, 2017 at 11:00 a.m.** |
| **as Trustee, for Merrill Lynch First** | : | |
| **Franklin Mortgage Loan Trust,** | : | **U.S. Bankruptcy Court** |
| **Mortgage Loan Asset-Backed** | : | **900 Market Street, Courtroom #2** |
| **Certificates, Series 2007-H1** | : | **Philadelphia, PA, 19107** |
| **Movant,** | : | |
| vs | | |
| **James A Ubotee** | | |
| **William C. Miller** | | |
| **Respondents.** | | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H1 has filed a Response Deadline, and Hearing Date, Certificate of No Objection and Motion for Relief from the Automatic Stay to permit U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H1 to foreclose on 1756 S. 60th Street, Philadelphia, PA 19142 (First Mortgage).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before September 6, 2017, you or your attorney must do **ALL** of the following:

    A.  File an answer explaining your position at:

       **Clerk, U.S. Bankruptcy Court**

17-027667_FXF

U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA, 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

B. Mail a copy to the Creditor's attorney and the below listed:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on September 21, 2017 at 11:00 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #2, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: August 22, 2017_

17-027667_FXF

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 17-10050-mdc** |
| **James A Ubotee** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| U.S. Bank, National Association, | : | Date and Time of Hearing |
| Successor Trustee to Bank of America, | : | Place of Hearing |
| N.A. as Successor to LaSalle Bank, N.A. | : | September 21, 2017 at 11:00 a.m. |
| as Trustee, for Merrill Lynch First | : | |
| Franklin Mortgage Loan Trust, | : | U.S. Bankruptcy Court |
| Mortgage Loan Asset-Backed | : | 900 Market Street, Courtroom #2 |
| Certificates, Series 2007-H1 | : | Philadelphia, PA, 19107 |
| Movant, | : | |
| vs | | |

James A Ubotee

William C. Miller
                           **Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response Deadline, and Hearing Date and Motion for Relief from the Automatic Stay to permit U.S. Bank, National Association, Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee, for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-H1 to foreclose on 1756 S. 60th Street, Philadelphia, PA 19142 (First Mortgage) was served on the parties listed below via e-mail notification:

  United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

  William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

17-027667_FXF

Erik B. Jensen, Attorney for James A Ubotee, 1528 Walnut Street, Suite 1401, Philadelphia, PA  19102, john@erikjensenlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 22, 2017:

James A Ubotee, 1756 S 60th St., Philadelphia, PA  19142

James A Ubotee, 1756 S. 60th Street, Philadelphia, PA 19142

DATE:  August 22, 2017

/s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-027667_FXF