UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES A UBOTEE                                    Chapter 13

                         Debtor            Bankruptcy No. 17-10050-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this 28th day of September, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
JAMES A UBOTEE

1756 S 60TH ST.

PHILADELPHIA, PA 19142